UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:                                                                    Case No.: 1-09-49106-dem

JAMES LYONS,                                                      Chapter 7
                              Debtor.
-----------------------------------------------------------x

# DECISION AND ORDER DENYING REQUEST FOR PRE-MOTION CONFERENCE AND RECUSAL OF JUDGE

            WHEREAS, on October 10, 2009, James Lyons (the "debtor") filed for voluntary relief under Chapter 7 of the Bankruptcy Code; and

            WHEREAS, on December 23, 2009, QPI-I LLC (the "creditor") filed a motion for relief from the automatic stay to continue a non-payment of rent summary proceeding against the debtor for the premises known as 86-02 Forest Parkway, Woodhaven, New York, 11421, Apt.   3-K ("Motion for Relief"); and

            WHEREAS, on January 26, 2010, February 25, 2010, and March 25, 2010 the Court held hearings on the Motion for Relief, and granted the application on March 25, 2010 and instructed counsel for the creditor to submit an order; and

            WHEREAS, on April 7, 2010, the debtor filed an objection to the submitted order; and

            WHEREAS, on May 25, 2010, the Hon. Joel B. Rosenthal acting for Hon. Dennis E. Milton held a hearing on debtor's objection to the submitted order in the Motion for Relief; and

            WHEREAS, on May 26, 2010, the Court entered an Order vacating the automatic stay as to creditor QPI-I LLC; and

WHEREAS, on May 27, 2010, the Court received multiple emails from the debtor requesting a pre-motion conference on the reconsideration of the decision to grant to Motion for Relief and for the Hon. Joel B. Rosenthal to recuse himself from the case; it is hereby

ORDERED, that the debtor's request for a pre-motion conference is denied ; and it is

ORDERED, that an application for reconsideration of the Motion for Relief may be entertained only by a written motion filed with the clerk's office in accordance with Bankruptcy Rules 9023 and 9024 and Local Bankruptcy Rule for the Eastern District of New York 9023-1, and a hearing will be scheduled accordingly; and it is

ORDERED, that the debtor cease communications with chambers personnel and Judges of this Court via email and telephone, except for a request for a hearing date; and it is

ORDERED, that all requests for relief of any kind be made by a written motion filed with the clerk's office, not by email requests to chambers, or email and letter requests to Judges of this Court.

IT IS SO ORDERED.

Dated: Brooklyn, New York
       May 27, 2010

s/ Joel B. Rosenthal
JOEL B. ROSENTHAL
United States Bankruptcy Judge

Acting For

DENNIS E. MILTON
United States Bankruptcy Judge